IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DANIEL ERIC COBBLE, GDC # 758572, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:19-CV-805-WHA |
| | ) | [WO] |
| U.S. GOVERNMENT, *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |

## **ORDER**

The Magistrate Judge has entered a Recommendation that Petitioner Daniel Eric Cobble's 28 U.S.C. § 2254 petition be dismissed because this court is without jurisdiction to consider Cobble's challenge to his sentences imposed by the State of Georgia and the interest of justice does not warrant a § 1631 transfer to a federal district court in Georgia. (Doc. # 4.) Cobble has filed Objections. (Docs. # 6 & 7.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that

(1) Cobble's Objections (Docs. # 6 & 7) are OVERRULED;

(2) The Recommendation (Doc. # 4) is ADOPTED; and

(3) Cobble's 28 U.S.C. § 2254 petition is DISMISSED.

Final judgment will be entered separately.

DONE this 18th day of November, 2019.

                    /s/ W. Harold Albritton
                    W. HAROLD ALBRITTON
                    SENIOR UNITED STATES DISTRICT JUDGE